# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:**       Mr. Gregory J. Linhares

**FROM:**   Michael E. Gans, Clerk of Court

**DATE:**    June 01, 2022

**RE:**        19-2763  Leonard Taylor v. Troy Steele

   District Court/Agency Case Number(s):   4:12-cv-02278-RWS

_____

   Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


AMT

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

May 31, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

    Re:  Leonard S. Taylor
          v. Paul Blair, Warden
          No. 21-7449
          (Your No. 19-2763)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk